# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL MOGAN | ) |
| | ) |
| Plaintiff, | ) Case No. 25-cv-05739 |
| | ) |
| v. | ) District Judge - Hon. Charles P. Kocoras |
| | ) |
| METROPOLITAN NEWS COMPANY, | ) Magistrate Judge - Hon. Heather K. McShain |
| and DOES 1-20 | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF MICHAEL MOGAN

I, Michael Mogan, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am the Plaintiff in the above-captioned action. Unless stated as relying on information and belief, the facts contained herein are based on my own personal knowledge and, if called upon, I could and would testify competently thereto.

2. I reside at 1800 West Roscoe, #307 in Chicago, Illinois and I maintain my domicile in Chicago, Illinois and I intend to remain in Chicago indefinitely.

3. On or about October 15, 2024 I entered into an agreement with the office of chief trial counsel of the State Bar to go inactive as an attorney in California. Such agreement was not dependent on resolution of the proceedings in Case No. SBC-23-0-30096 as the disciplinary proceedings had been abated by order February 20, 2024.

4. My client filed a lawsuit against Airbnb Inc which was compelled to arbitration and I tried to vacate the award in Federal Court which was denied; since Airbnb did not confirm the

1

award simultaneously, Airbnb not I had to file a motion in state court to confirm the award. *Mogan v. Sacks, Ricketts & Case LLP*, 2022 WL 94927, at *1-3, 2022 U.S. Dist. LEXIS 4592, at *1-2, *9 (N.D. Cal. Jan. 10, 2022) primarily involved a frivolous sanctions motion served on Plaintiff but never filed, an extortionate demand letter, wire fraud and other RICO predicate acts and yet Airbnb's counsel filed a Rule 11 motion claiming in part the RICO statute is barred by the litigation privilege, and they filed a frivolous vexatious litigant motion seeking sanctions which was denied as Plaintiff had only filed one case as a Plaintiff in 48 years in California. *Mogan v. Airbnb Inc.*, 2023 U.S. Dist. LEXIS 87700 at * 1- 3, 2023 WL 3841742 (C.D. Cal., Mar. 24, 2023) was a malicious prosecution and IIED claim I filed in response to the frivolous vexatious litigant motion. *Mogan v. Petrou,* 2021 WL 5359400, at *1 (N.D. Cal. Nov. 17, 2021) was a 42 USC 1983 action based on the state court refusing to follow the Federal Arbitration Act and Cal. Civ. Pro 1281.98 which imposes harsh consequences for late payments of arbitration fees. *Mogan v. State Bar of Cal.,* Case No. 2:23-cv-00930 (C.D. Cal.) was at first a Title II of The Americans with Disabilities Act of 1990; Unruh Civil Rights Act, California Civil Code§ 51, et seq, and 42 U.S.C. §1983 claims. *Mogan v. Portfolio Media Inc.,* Case No. 1:23-cv-02868 (N.D. Ill.) included a defamation and false light claim based on false statements in several articles. Miller Warner LLP had misrepresented I filed three adversary complaints in his Chapter 11 case against Airbnb and its lawyers who had filed proofs of claims; however, *Mogan v Sacks Ricketts and Case et al* (1:23-ap-00331) and *Mogan v. Airbnb, Inc.*, 1:23-ap-00373 involved me seeking remedies for violations of the automatic stay which I withdrew without prejudice. *Mogan v. Sacks, Glazier, Franklin & Lodise LLP*, Case No. 1 :22-bk- 01957, Adv. No. 1:23-ap-

00330 (N.D. Ill. Bankr.) involved the Defendants filing and withdrawing a fraudulent proof of claim thus I filed a Fair Debt Collection Practices Act claim.

5. Attached as **Exhibit 1** is a true and accurate copy of the pertinent pages 26-28 of the California State Bar Court's rules of procedure, last accessed on June 18, 2025, https://www.statebarcourt.ca.gov/Portals/2/documents/Rules/Rules-of-Procedure.pdf

6. Attached as **Exhibit 2** is a true and accurate copy of the State Bar Of California Attorney Discipline definitions from the State Bar Court website. (Last accessed June 9, 2025)

7. Attached as **Exhibit 3** is a true and accurate copy of The State Bar Of California profile for Rachael C. (Last accessed June 17, 2025).

8. Attached as **Exhibit 4** is a true and accurate copy of The State Bar Of California profile for Jo-Ann Whitney Grace (Last accessed June 17, 2025).

9. Attached as **Exhibit 5** is a true and accurate copy of email correspondence between myself and Roger Grace in July 2024.

10. Attached as **Exhibit 6** is a true and accurate copy of an April 19, 2023 article posted on the Metropolitan News Company website http://www.metnews.com

11. Attached as **Exhibit 7** is a true and accurate copy of an October 3, 2002 article posted on the Metropolitan News Company website http://www.metnews.com

12. Attached as **Exhibit 8** is a true and accurate copy of the pertinent pages of the website for Legal Advertising Solutions and PubManager Software https://www.legaladsolutions.com/ (last accessed June 18, 2025).

3

13. Attached as **Exhibit 9** is a true and accurate copy of the search results for the company Legal Services Network on the California Secretary of State website https://bizfileonline.sos.ca.gov/search/business (last accessed June 18, 2025).

14. Attached as **Exhibit 10** is a true and accurate copy of the search results for the company pub master software on the California Secretary of State website https://bizfileonline.sos.ca.gov/search/business (last accessed June 18, 2025).

15. Attached as **Exhibit 11** is a true and accurate copy of the Postal Annex website for their 5737 Kanan Rod, Agoura Hills, CA 91301 location https://www.postalannex.com/location/agoura-hills/170 (last accessed June 18, 2025)

16. Attached as **Exhibit 12** is a true and accurate copy of the pertinent summary of the Grace Communications Inc PPP loan approved February 11, 2011 per the website https://www.pandemicoversight.gov/ppp-simple-search-landing (last accessed June 17, 2025)

17. Attached as **Exhibit 13** is a true and accurate copy of the pertinent summary of the Grace Communications Inc PPP loan approved April 14, 2020 per the website https://www.pandemicoversight.gov/ppp-simple-search-landing (last accessed June 17, 2025)

18. Attached as **Exhibit 14** is a true and accurate copy of a June 30, 2006 article posted on the Metropolitan News Company website http://www.metnews.com

19. Attached as **Exhibit 15** is a true and accurate copy of the Cal-Net and National Newspaper Network advertisements on Metropolitan News Company.

20. Attached as **Exhibit 16** is a true and accurate copy of the Forms (Probate, civil, business, escrow, adoptions) available on the Metropolitan News Company website http://www.metnews.com

4

21. Attached as **Exhibit 17** is a true and accurate copy of an interactive form that can filled out on the Metropolitan News Company website metnews.com for publication pursuant Probate Code § 19040.

22. Attached as **Exhibit 18** is a true and accurate copy of the advertisement for Fictitious Business Name services on the Metropolitan News Company website metnews.com (last access June 18, 2025).

23. Attached as **Exhibit 19** is a true and accurate copy of the Metropolitan Enterpise $271 subscription form available on the Metropolitan News Company website metnews.com (last accessed June 14, 2025) with Defendant's fax number and address.

24. Attached as **Exhibit 20** is a true and accurate copy of the San Bernadino Bulletin subscription form offering annual subscriptions for $79 plus tax (last accessed June 14, 2025)

25. Attached as **Exhibit 21** is a true and accurate copy of the Los Angeles Bulletin subscription form offering annual subscriptions for $79 plus tax on the Metropolitan News Company website Metnews.com (last accessed June 14, 2025).

26. Attached as **Exhibit 22** is a true and accurate copy of the California State Bar Docket SBC-23-O-30096 (last accessed June 9, 2025).

27. Attached as **Exhibit 23** is a true and accurate copy of an email I received form Jo-Ann Grace at metnews@metnews.com on or about August 2, 2021 discussing Ninth Circuit Court of Appeal cases and California cases.

28. Attached as **Exhibit 24** is a true and accurate copy of the October 17, 2024 article posted on Metropolitan News Company website metnews.com

5

29. Attached as **Exhibit 25** is a true and accurate copy of the various Metnews newspapers per their website http://www.metnews.com (last accessed June 18, 2025).

30. Attached as **Exhibit 26** is a true and accurate copy of the Metnews website http://www.metnews.com and the various interactive links (last accessed June 18, 2025).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 19, 2025

By: /s/ Michael Mogan

Michael Mogan (ARDC #6297222)
Law Office Of Michael Mogan
4803 N. Milwaukee Ave
Suite B, Unit #244
Chicago, IL 60630
P: (773) 799-8477
F. (872) 702-6445
mm@michaelmogan.com

6

## CERTIFICATE OF SERVICE

I, Michael Mogan, an attorney, hereby certify that on June 19, 2025, I caused a copy of the foregoing DECLARATION OF MICHAEL MOGAN and EXHIBITS 1-26 to be served by the Court's electronic filing system (ECF), on:

Brendan J. Healey
BARON HARRIS HEALEY (Firm No. 63937)
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
bhealey@bhhlawfirm.com

Sharon R. Albrecht
BARON HARRIS HEALEY (Firm No. 63937)
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
salbrecht@bhhlawfirm.com
    Attorneys for Defendant Metropolitan News Company

                                                                       */s Michael Mogan*
                                                                       **Michael Mogan,** Attorney