# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Michael Mogan

                               Plaintiff,

v.                                                   Case No.: 1:25−cv−05739

                                                          Honorable Charles P. Kocoras

Metropolitan News Company, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: For the foregoing reasons stated in the accompanying memorandum, the Court grants Defendant Metropolitan News Company's motion to dismiss for lack of personal jurisdiction [8] and dismisses the case without prejudice to Plaintiff refiling in an appropriate forum. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.